July 17, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CARLOS LEGUINA AND ADVANCED ALUMINUM, Appellants

NO. 14-12-00537-CV                              V.

SOUREN GE AND LIJIE LIU, Appellees

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on February 24, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Carlos Leguina and Advanced Aluminum, jointly and severally.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.